UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    v.
PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY,
    v.
MAYAGUEZANOS POR LA SALUD Y EL
AMBIENTE, INC.
    Intervenor

CIV. NO. 96-2489 (RLA)

RECEIVED & FILED
'00 MAR 30 PM 1:5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/15/1999 **Docket #** 88 | **GRANTED.** |

[X] **Defendant**

**Title:** Motion for Leave to File Response to Intervenor's Memorandum in Support of its Application for Attorneys' fees.

March 29, 2000
   Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By:     #92