## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

        **V.**                **CIVIL NO. 96-2489 (RLA)**

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,

MAYAGUEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor        **O R D E R**

| MOTION | RULING |
|---|---|
| **Filed: 6/26/00    Docket # 95**<br>[X] Defendant<br><br>**Title: Informative Motion Regarding Deposit of Stipulated Penalties in Escrow** | **NOTED.** |
| **Filed: 9/22/00    Docket # 96**<br>[X] Defendant<br><br>**Title: Informative Motion Regarding Deposit of Stipulated Penalties in Escrow** | **NOTED.** |
| **Filed: 12/1/00    Docket # 97**<br>[X] Defendant<br><br>**Title: Informative Motion Regarding Deposit of Stipulated Penalties in Escrow** | **NOTED.** |

**January    , 2001**
     **Date**

                **RAYMOND L. ACOSTA**
                **U.S. District Judge**

6

98