UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY, et al.

CASE NUMBER: CIVIL 96-2489 (RLA)

<u>O R D E R</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/27/01  **Docket #** 100  [ ] Plffs   [X] Defts  **Title:** Informative Motion Regarding Deposit of Stipulated Penalties in Escrow | NOTED. |

March 7, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: /s/     # 101

