UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.      CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor



O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/23/01  Docket # 102<br>[X] Attorney for Defendant PRASA<br><br>Title: Motion for Leave to Withdraw Appearance of Counsel | GRANTED. The Clerk of the Court shall make the necessary modifications to the ICMS List Of Counsel |

May ____, 2001                    RAYMOND L. ACOSTA
    Date                        U.S. District Judge

Rec'd:          EOD:

By: _____    #103