UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

V.

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor

CIVIL NO. 96-2489 (RLA)



O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 5/31/01   Docket # 104<br>[X] Defendant PRASA<br><br>**Title:** Informative Motion Regarding Deposit of Stipulated Penalties | BY ORDER OF HONORABLE JUDGE RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE, **Deposit of $67,200.00 is hereby NOTED.** |

<u>June 5, 2001</u>
Date

FRANCES RIOS DE MORAN
Clerk of the Court

By: _____
    Deputy Clerk

Rec'd:           EOD:

By: _____       # 105