IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

    v.                                  CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY AND THE
COMMONWEALTH OF PUERTO RICO,

    Defendants,

MAYAGUEZANOS POR LA SALUD Y
EL AMBIENTE,

    Intervener.

### ORDER IN THE MATTER OF REVISED CONSENT DECREE

The Court having retained jurisdiction over the parties to this action to enforce the terms and conditions of the Revised Consent Decree, which terms and conditions called for, *inter alia,* PRASA's completion of the construction of the upgrades to the Mayagüez Wastewater Treatment Plant by October 1, 2001,[1] and

It appearing that the parties have failed to inform the Court of the progress of this project and whether the required improvements to the Mayagüez Wastewater Treatment Plan have been completed by the agreed due date, it is

---

[1] See p. 3 of Revised Consent Decree.

AO 72
(Rev 8/82)

HEREBY ORDERED that plaintiff, UNITED STATES OF AMERICA, shall file a Status Report on the progress of these improvements or PRASA's failure to comply, **on or before October 29, 2001,** advising the Court if the stipulated penalties will be returned to PRASA or paid to the United States pursuant to the terms of the Revised Consent Decree.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of October, 2001.

_____
RAYMOND L. ACOSTA
United States District Judge