IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY and THE
COMMONWEALTH OF PUERTO RICO,

    Defendants.

_____

## O R D E R

For the reasons set forth in the United States' Status Report, and the record herein,

It is hereby ORDERED that, on or before **January 31, 2002**, the United States shall file a Status Report on the progress of improvements to the Mayaguez Wastewater Treatment Plant or PRASA's failure to comply, advising the Court if the stipulated penalties that PRASA has deposited into escrow will be returned to PRASA or paid to the United States Treasury pursuant to the terms of the Revised Consent Decree.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 2 day of November, 2001.

                              RAYMOND L. ACOSTA
                              United States District Judge