C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.   CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY et al.,

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/31/02   **Docket # 109**<br><br>[X] Plaintiff UNITED STATES OF AMERICA<br><br>Title: January 31, 2002 Status Report | **NOTED.** Plaintiff shall file an updated Status Report and/or a request to modify the Revised Consent Decree **on or before April 30, 2002.** |

February 5, 2002         RAYMOND L. ACOSTA
Date                     U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 110 |

6