UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

    V.　　　　　　　　　　　　CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/30/02   Docket # 111<br><br>[X] Plaintiff<br><br>Title: Entry of Appearance | Appearance of THOMAS L. SANSONETTI, ESQ., and PETER K. KAUTSKY, ESQ., in substitution of PAMELA A. MOREAU, ESQ., is NOTED. |
| Date Filed: 4/30/02   Docket # 112<br><br>[X] Plaintiff<br><br>Title: April 30, 2002 Status Report | Information provided in Status Report is NOTED. Request to file next Status Report no later than November 1, 2002, is GRANTED. |

May 9, 2002　　　　　　　　　RAYMOND L. ACOSTA
  Date　　　　　　　　　　　　U.S. District Judge