UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

V.

CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/1/02   Docket # 114<br><br>[X] Plaintiff<br><br>Title: **November 1, 2002 Status Report** | Information provided in Status Report is NOTED. Request to file next Status Report no later than July 1, 2003, is GRANTED. |

December 16, 2002
    Date

RAYMOND L. ACOSTA
U.S. District Judge