UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

V.

CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 7/01/03   Docket # 116<br><br>[X] Plaintiff<br><br>Title: July 1, 2003 Status Report | The improvements made in the quality of PRASA's discharge and the overall progress made in this case since its filing are NOTED. Request to file next Status Report no later than December 1, 2003, is GRANTED. |

July 10, 2003
Date

RAYMOND L. ACOSTA
U.S. District Judge