UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

    V.                        CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCTS AND
SEWER AUTHORITY et al.,
    Defendants,

MAYAGÜEZANOS POR LA SALUD
Y EL AMBIENTE,
    Intervenor

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/01/03   Docket # 118<br><br>[X] Plaintiff UNITED STATES OF AMERICA<br><br>Title: December 1, 2003 Status Report | Continuing overall progress made in this case is NOTED. Request to file next Status Report no later than June 1, 2004, is GRANTED. |

December 1ʒ, 2003
    Date

RAYMOND L. ACOSTA
U.S. District Judge