**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

       **V.**                                      **CASE NUMBER:** CIVIL 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY, et al.

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/1/04   **Docket #** 122<br>[X] **Plffs**<br><br>**Title:** December 1, 2004 Status Report | **NOTED.** The Puerto Rico Aqueduct and Sewer Authority shall respond to this motion **on or before January 31, 2005.** |

|  |  |
|---|---|
| December 15, 2004<br>**Date** | S/Raymond L. Acosta<br>**RAYMOND L. ACOSTA**<br>**U.S. District Judge** |