IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>v.<br><br>PUERTO RICO AQUEDUCT AND<br>SEWER AUTHORITY and THE<br>COMMONWEALTH OF PUERTO RICO<br>    Defendants | CIVIL NO. 96-2489 (RLA) |

**MOTION IN COMPLIANCE WITH COURT'S ORDER and
REQUEST FOR WITHDRAWAL OF DOCUMENT**

TO THE HONORABLE COURT:

COMES NOW the United States of America represented through its undersigned attorneys, and respectfully, STATES and PRAYS:

1. The United States filed its February Status Report in the above-captioned case on March 15th, 2005. (Docket No. 126)

2. This Honorable Court entered an Order against the United States for failure to comply with the CM/ECF manual for Civil and Criminal Cases. (Docket No. 127)

3. After reviewing the docket report of the present case, the undersigned noticed that the signature block of the document filed was erroneous, as well as some typographical errors.

4. The United States very respectfully request that docket #25 filed in this case be withdrawn from the record.

5. The February 2005 Status Report in the above-captioned case was filed correctly on Docket #128..

6. The undersigned attorney respectfully requests the indulgence of this Honorable Court and apologizes for any inconvenience this situation may cause to this Honorable Court, Defendants and their counsel.

WHEREFORE, the United States very respectfully request from this Honorable Court to order the withdrawal of the Docket 126.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will submit notification of such filing to: Cindy Gines Sánchez, Esq., Elfrick Méndez Morales, Esq. and that a true and exact copy of said document has been mailed, via Certified Return Receipt Mail to: John B. Britton, Vernes, Liipfert, Bernhard, McPerson and Hand, 901 15th Street NW, Suite 700, Washington, D.C. 2005-2301 and Jorge M. Marrero Narvaez, Autoridad de Acueductos & Alcantarillados, P.O. Box 7066, Barrio Obrero Station, San Juan, Puerto Rico 00916-7066.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 18th day of March 2005.

**H.S. GARCIA**
United States Attorney

*S/Lisa E. Bhatia-Gautier*
**LISA E. BHATIA-GAUTIER**
U.S.D.C.-P.R. No. 206014
Chardón Tower, Suite 1201
350 Chardón Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 766-5656
Telecopier: (787)-766-6219