**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

      **V.**                    **CASE NUMBER:** CIVIL 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY, et al.

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/18/05  **Docket #** 128  [X] **Plffs**  **Title:** February 28, 2005 Status Report | **NOTED.** Plaintiff shall file an updated Status Report regarding the escrowed funds **no later than May 31, 2005.** |

|  |  |
|---|---|
| March 21, 2005 | S/Raymond L. Acosta |
| Date | RAYMOND L. ACOSTA |
|  | U.S. District Judge |