IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                             CIVIL NO. 96-2489 (RLA)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY and THE COMMONWEALTH
OF PUERTO RICO,

    Defendants.

### ORDER APPROVING WITHDRAWAL OF ESCROWED FUNDS
### HELD IN REGISTRY OF THE COURT

The parties' Joint Motion for Court Approval of Release of Escrowed Funds (**docket No. 132**) is hereby GRANTED.

Accordingly, it is hereby ORDERED that counsel for PRASA or its authorized representative may proceed to withdraw all funds deposited by PRASA pursuant to the Revised Consent Decree (docket No. 59) which are currently held in escrow by the Registry of the Court under DO Code 4669, Div. No. 1, Account No. 400-5268503, together with all interests accrued thereon, less Registry fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of May, 2005.


                                  S/Raymond L. Acosta
                                  RAYMOND L. ACOSTA
                         United States District Judge